IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BITCO GENERAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-168 |
| EDWARD KELLUEM, FRANK POWELL, GRANGE INDEMNITY INSURANCE COMPANY, GRANGE MUTUAL CASUALTY COMPANY, CHARLES NICHOLAS BRANSON, and CALVIN "RICKY" DELOACH, | * | |
| Defendants. | * | |

O R D E R

Before the Court is the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 114.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claim against Defendants is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA